UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KRISTI L. SKORDAHL,

Plaintiff,

v.

FORTIS BENEFITS INSURANCE COMPANY,

Defendant.

CIVIL NO. 01-1223 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: July 19, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JUL 19 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Kristi L. Skordahl

vs. 01-1223RHK/SRN

Fortis Benefits Ins. Co.

The above matter has been referred to Magistrate Judge Susan R. Nelson pursuant to an Order of Recusal by Magistrate Judge John M. Mason. Please note the change in the Magistrate Judge and refer to those initials when filing documents with the court.